IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C. Michael Martin,<br><br>　　　　　　Plaintiff,<br>v.<br>State of Utah et al.,<br><br>　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO CORRECT CLERICAL ERROR<br><br>Case No. 2:20-cv-0006-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin Pead |

This matter is referred to the undersigned in accordance with 28 U.S.C. §636(b)(1)(B). (ECF No. 4.) Plaintiff C. Michael Martin, is proceeding *in forma pauperis* pursuant to court order. (ECF No. 2.) Before the court is a Motion to Correct Clerical Error filed by Plaintiff. (ECF No. 12.) As set forth herein, the court denies the motion.

> Plaintiff's motion states:
>
> I, Plaintiff moves for permission to correct the docket information on file with the court. Reason for motion: SEALED Documents mistakenly and inadvertently became docketed. Attached document(s) contain private and confidential information that may not be inadvertently disclosed to the public via internet or any other unauthorized means of distribution. The information is intentionally sealed by _____ with instructions "do not open" without an order of the court and authorization of a Judge of the Court.

(ECF No. 12 p. 1.) The motion further provides a written acknowledgement, presumably by Plaintiff, that "I have received your request to waive service by summons. (1) Copy of complaint, (2) copies of waiver, and a) [sic] free costs to you for waiver." *Id.* p. 2. Plaintiff then attaches a copy of the docket in this case.

It is unclear from Plaintiff's motion exactly what clerical error Plaintiff seeks to fix. And as set forth in the Local Rules, "Court records are presumptively open to the public." DUCivR 5-2. Thus, "[t]he sealing of pleadings, motions, memoranda, exhibits, and other documents or

portions thereof … is highly discouraged." DUCivR 5-3(a). Plaintiff's motion fails to provide good cause to seal the case or specific documents. Thus to the extent Plaintiff's motion seeks to seal this case or filings, such a request is denied.

    Plaintiff's motion is DENIED.

    DATED this 7 October 2021.

_____
Dustin B. Pead
United States Magistrate Judge